**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

**No. 99-20431**
**Summary Calendar**

**CONNIE GROGAN,**

**Plaintiff-Appellant,**

**VERSUS**

**SAVINGS OF AMERICA, INC., a subsidiary of**
**Home Savings of America FSB,**

**Defendant-Appellee.**

Appeal from the United States District Court
for the Southern District of Texas

(H-98-CV-569)

November 11, 1999

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

In January 1998, Connie Grogan (Grogan) filed suit in state court against Home Savings of America FSB (Home Savings), her former employer, asserting claims for discrimination and harassment, defamation and intentional infliction of emotional distress. Home Savings removed the case to federal court on the basis of diversity of citizenship. After 12 months of discovery,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Home Savings moved for a summary judgment and the district judge granted such motion.  Grogan appeals.

We have carefully reviewed the briefs, the reply brief, and the record excerpts and relevant portions of the record itself. For the reasons stated by the district judge in her Memorandum and Order filed under date of April 7, 1999, we affirm the Final Judgment entered by the district judge on April 7, 1999, which granted summary judgment in favor of Home Savings.

**AFFIRMED.**